**Electronically Filed
Supreme Court
SCPW-21-0000277
15-APR-2021
07:53 AM
Dkt. 12 ODDP**

SCPW-21-0000277

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

WAILA SARCEDO, Petitioner,

vs.

DEPARTMENT OF HUMAN SERVICES, Respondent.

ORIGINAL PROCEEDING
(FC-S NO. 18-00077)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
AND MOTION FOR STAY
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of petitioner Waila Sarcedo's petition for writ of mandamus, filed on April 9, 2021, the motion for stay, filed on April 11, 2021, the respective supporting documents, and the record, it appears that, based on the information presented to this court, petitioner has filed an appeal in the Intermediate Court of Appeals in CAAP-21-0000196, and may seek relief in the appeal or in the family court as provided by law. Petitioner, therefore, is not entitled to the extraordinary relief or a stay requested from this court. See Kema v. Gaddis, 91 Hawai‘i 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right

to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus and motion for stay are denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process this original proceeding without payment of the filing fees.

DATED:  Honolulu, Hawaiʻi, April 15, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins